(129 So. 486)

## PENNINGHAM v. STATE.
### 6 Div. 825.

Court of Appeals of Alabama.
June 24, 1930.

Huey & Welch and W. G. Stone, all of Bessemer, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

There is no bill of exceptions. Where this is the case, it has been repeatedly held that this court will not review the action of the trial court in giving or refusing written charges. Stacks v. State, 20 Ala. App. 462, 103 So. 70; Thomas v. State, 20 Ala. App. 550, 103 So. 479; Mack v. State, 201 Ala. 269, 77 So. 683.

We find no error in the record, and the judgment is affirmed.

Affirmed.